JS-6

1

2

3                      UNITED STATES DISTRICT COURT

4

5                      CENTRAL DISTRICT OF CALIFORNIA

6   PATRICE LAVERN ALEXANDER and          Case No.  2:23-CV-00139-SPG-PD
    EMMA VERMUG MARTINEZ, on behalf
7   of themselves and all others similarly   Hon. Sherilyn Peace Garrett
    situated,
8                                           **ORDER GRANTING JOINT
                    Plaintiffs,             STIPULATION OF DISMISSAL OF
9                                           ALL REMAINING CLAIMS [FRCP
          vs.                               41(a)(1)(A)(ii)]**
10
    BIO-PACIFIC, LLC d/b/a MARINER          Complaint Filed: Sept. 30, 2022
11  HEALTH CARE, a Delaware limited         FAC Filed:       Dec. 6, 2022
    liability company; FRUITVALE           Trial Date:      None Set
12  OPERATING COMPANY, LP d/b/a
    FRUITVALE HEALTHCARE CENTER, a
13  Delaware limited partnership;
    REHABILITATION CENTER OF
14  SANTA MONICA OPERATING
    COMPANY, LP d/b/a THE
15  REHABILITATION CENTER OF
    SANTA MONICA, a Delaware limited
16  partnership; and DOES 1 through 50,
    inclusive,
17
                    Defendants.
18

19

20

21

22

23

24

25

26

27

28

307006295v.1

## **ORDER**

The Court, having reviewed the Parties' Joint Stipulation, and for good cause appearing, Orders as follows:

1. The only claim remaining in the above-captioned action is a representative claim for penalties asserted under the California Private Attorneys General Act, Cal. Gov. Code § 2699, et seq. ("PAGA") by Plaintiff Patrice Alexander against Defendant, Bio-Pacific, LLC.  All other claims and parties were previously dismissed by the Court pursuant to the Parties' Stipulations;

2. Plaintiff Patrice Lavern Alexander is unable to maintain her representative PAGA claim and has no standing to do so because her own PAGA claim is time-barred;

3. All remaining claims asserted in the above-captioned action are hereby dismissed, without prejudice;

4. This action is terminated; and

5. All Parties will bear their own fees and costs associated with this dismissal.

**IT IS SO ORDERED.**

DATED: December 28, 2023



Honorable Sherilyn Peace Garrett
U.S. District Court Judge

---

ORDER GRANTING JOINT STIPULATION OF DISMISSAL

307006295v.1